Whitney Huston (SBN 234863)
Kim Pederson (SBN 234785)
Kerstin Arusha (SBN 182624)
**FAIR HOUSING LAW PROJECT**
111 West St. John Street, Suite 315
San Jose, CA  95113
Tel:   (408) 280-2427
Fax:   (408) 293-0106

*E-FILED 8/17/06*

Attorneys for Plaintiffs Bohlin

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (San Jose)

| | |
|---|---|
| **SANDRA BOHLIN, et al.** | ) Case No. C-06-00518 RS |
| | ) ORDER GRANTING |
| **Plaintiffs,** | ) **PETITION FOR APPOINTMENT OF** |
| | ) **SANDRA BOHLIN AS GUARDIAN AD** |
| v. | ) **LITEM OF MINOR CARLEEN BOHLIN** |
| **HELEN MALDONADO, et al,** | ) |
| **Defendants.** | ) |

Upon consideration of the papers submitted in the above captioned matter:

Plaintiff Bernard Bohlin's petition for appointment of Sandra Bohlin as guardian at litem is granted.  Plaintiff Sandra Bohlin shall be the guardian at litem of minor plaintiff Carleen Bohlin.

So ordered.

Dated:  August 17, 2006

_____
RICHARD SEEBORG,
UNITED STATES MAGISTRATE JUDGE