**\*E-FILED\***
**September 29, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDRA BOHLIN, et al.,<br><br>    Plaintiffs,<br>v.<br><br>HELEN MALDONADO, et al.,<br><br>    Defendants. | No. C 06-00518 RS<br><br>**ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates and terminates the motion on calendar for October 18, 2006. The parties are required to file a stipulation of dismissal by **December 6, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 13, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 29, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Kerstin Arusha     kerstina@lawfoundation.org

Christopher Brancart     cbrancart@brancart.com, kthomas@brancart.com

Liza Cristol-Deman     LCristolDeman@brancart.com

Shannon M Hill     shill@hinshawlaw.com,

Whitney Huston     whitneyh@lawfoundation.org, reymundoa@lawfoundation.org

Kimberly Nicole Pederson     kimp@lawfoundation.org

Bradley M. Zamczyk     bzamczyk@hinshawlaw.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 29, 2006

                                  /s/ BAK
                                  Chambers of Magistrate Judge Richard Seeborg