*E-Filed 10/03/2006*

1  FAIR HOUSING LAW PROJECT
     Whitney Huston (SBN 234863)
2    Kim Pederson (SBN 234785)
   111 West Saint John Street
3  Suite 315
   San Jose, CA  95113
4  Tel:   (408) 280-2467
   Fax:  (408) 293-0106
5
   Attorneys for Plaintiffs Sandra Bohlin,
6    Bernard Bohlin, and Carleen Bohlin

7  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
8    Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
9  Pescadero, California  94060
   Tel:   (650) 879-0141
10 Fax:  (650) 879-1103

11 Attorneys for Plaintiff Project Sentinel

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                                  (San Jose)

15

16 **SANDRA BOHLIN and BERNARD**          )   Case No. C-06-00518 RS
   **BOHLIN, individually and on**        )
17 **behalf of minor child, CARLEEN**     )   JOINT APPLICATION AND
   **BOHLIN; and PROJECT SENTINEL,**      )   STIPULATION FOR DISMISSAL OF
18 **INC.,**                              )   ACTION; [PROPOSED] ORDER
                                          )
19           **Plaintiffs,**              )
                                          )
20      vs.                               )
                                          )
21 **HELEN MALDONADO; PETER**             )
   **TSIGARIS; GINA TSIGARIS; and**       )
22 **ELIAS TSIGARIS,**                    )
                                          )
23           **Defendants.**              )
                                          )
24 _____

25          The parties hereby apply for and stipulate to issuance of an order

26 dismissing this action in its entirety with prejudice, subject to the terms of the consent

27 ///

28 ///

decree issued by this Court and the mutual release executed by the parties.

So stipulated.

Dated: 9-26-06

FAIR HOUSING LAW PROJECT

*(signature)*
Kim Pederson
Attorney for Bohlin Plaintiffs

BRANCART & BRANCART

Dated: 9-29-06

*(signature)*
Liza Cristol-Deman
Attorney for Plaintiff Project Sentinel

HINSHAW & CULBERTSON LLP

Dated: _____

_____
Bradley M. Zamczyk
Attorney for Defendants

1 | decree issued by this Court and the mutual release executed by the parties.
2 | So stipulated.

4 | FAIR HOUSING LAW PROJECT
5 | Dated: _____

7 | Kim Pederson
  | Attorney for Bohlin Plaintiffs

9 | BRANCART & BRANCART
10 | Dated: _____

12 | Liza Cristol-Deman
   | Attorney for Plaintiff Project Sentinel

14 | HINSHAW & CULBERTSON LLP
15 | Dated: 9/29/06

   | Bradley M. Zamczyk
17 | Attorney for Defendants

## [PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the terms of the consent decree issued by this Court and the mutual release executed by the parties.

IT IS SO ORDERED.

Dated: October 3, 2006.

_____
Honorable Richard Seeborg
United States Magistrate Judge