Whitney Huston (SBN 234863)
Kim Pederson (SBN 234785)
**FAIR HOUSING LAW PROJECT**
111 West St. John Street, Suite 315
San Jose, CA  95113
Tel:    (408) 280-2427
Fax:    (408) 293-0106

\*E-FILED 12/18/06\*

Attorneys for Plaintiffs Bohlin

Christopher Brancart (SBN 128475)
Liza Cristol-Deman (SBN 190516)
**BRANCART & BRANCART**
Post Office Box 686
Pescadero, CA   94060
Tel:    (650) 879-0141
Fax:    (650) 879-1103

Attorneys for Plaintiff Project Sentinel

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (San Jose)

| | |
|---|---|
| **SANDRA BOHLIN, et al.** | **Case No. C-06-00518 RS** |
| **Plaintiffs,** | **STIPULATION FOR EXTENDED TIME TO FILE PETITION FOR ATTORNEY FEES AND COSTS** AND ORDER THEREON |
| **v.** | |
| **HELEN MALDONADO, et al,** | |
| **Defendants.** | |

        Subject to the approval of this Court, the parties in the above-referenced case hereby stipulate to the following:

        1.        In connection with the Consent Decree and Final Order in this matter, the parties agreed that plaintiffs are entitled to seek their attorneys' fees and costs by way of a motion before this Court.

2.      The parties agreed to meet and confer and make a good faith effort to resolve the matter of plaintiffs' attorneys' fees and costs without the need for a motion through December 01, 2006.

3.      The parties continue to make good faith efforts to resolve the matter of plaintiffs' attorneys' fees and costs, but have not yet completed their negotiation efforts.

4.      The current date for plaintiffs to file a motion in court for attorneys' fees and costs is January 02, 2007.

5.      The parties hereby stipulate that plaintiffs shall have until February 02, 2007 to file a motion in this court for attorneys' fees and costs.

        SO STIPULATED.

Dated:  December 13, 2006          **FAIR HOUSING LAW PROJECT**


                                   /s/_____
                                   Whitney Huston
                                   Attorneys for Plaintiffs Bohlin

Dated:  December 13, 2006          **BRANCART & BRANCART**


                                   /s/_____
                                   Liza Cristol-Deman
                                   Attorneys for Plaintiff Project Sentinel

Dated: December 13, 2006           **HINSHAW & CULBERTSON**


                                   /s/_____
                                   Bradley M. Zamczyk
                                   Attorneys for Defendants

1

### ~~PROPOSED~~ ORDER

2  Upon review of the parties' stipulation requesting an extension in time for plaintiffs' to file a

3  motion for attorneys' fees and costs until February 02, 2007, and good cause appearing:

4  IT IS HEREBY ORDERED that the extension is granted.

5

6  Dated:   December 18, 2006

7

8  **Honorable Judge Seeborg**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bohlin, et al. v. Maldonado, et al., No. C06 00518 RS
STIPULATION FOR EXTENDED TIME TO FILE PETITION FOR ATTORNEY FEES                    3